The People of the State of Illinois, Respondent-Appellee, *v.* Clifton Ferguson, Petitioner-Appellant.

(No. 59237; 

First District (5th Division)—November 2, 1973.

PER CURIAM.

DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.